PLAINTIFF'S EXHIBIT A

*Middle School Policy
Not sure of HS*

missed. Lunch will be at 1:00 for students, who eat in the cafeteria, others may bring a bag lunch.

Students have assigned seats and talking is prohibited at all times.

Students should bring their textbooks because classroom assignments are made. They must also bring paper and pencils. Students should bring appropriate reading materials, which can be used when assignments are completed.

Restroom breaks are given at the discretion of the supervisor unless there is a medical reason, verified in writing by a physician, for frequent use.

Each student may be required to complete a self-evaluation paper on "Why am I here?" and "What can I do about this situation before I return to a regular classroom?" prior to leaving ISS. The paper is intended to prevent a recurrence of the behavior, which caused the assignment to ISS.

Students may not sleep. One warning will be given followed by additional days of assignment to ISS.

## OUT-OF-SCHOOL SUSPENSION

This is the short-term removal of a student from school. **Students suspended out-of-school are not permitted on any school property or to any school-related activity.**

The decision concerning OSS or overnight suspension is made by the administration and is not a choice of the parent or student. *A parent must come to the school for a conference before the student will be readmitted to class.* Students must present a readmission slip to each teacher after each suspension. Students may be given additional suspension days for violating the conditions of suspension.

## EXPULSION

Expulsion is the long-term removal of a student from school, usually for the remainder of the school year. Expulsion could be forever and is a consequence that can only be applied by the school board. LMS and district administration will conduct all appropriate investigations and hearings and make a recommendation to the school board whether or not to expel. Certain violations of the expectations for behavior will result in automatic recommendation for expulsion for the rest of the school year.

## ALTERNATIVE SCHOOL

Alternative school will be offered for students recommended for expulsion. This is a last attempt by LMS to accommodate those students.

## LAW ENFORCEMENT INTERVENTION

Law enforcement may be called for assistance at the discretion of the administration. According to Section 59-24-60 of the Code of Laws of South Carolina and in addition to other provisions required by law, school administrators must contact law enforcement authorities immediately as defined in Dillon District #3 board policy.

## TECHNOLOGY

The purpose of Internet access and use of technology in the classroom is to enhance and support instruction.

Consequences of students' misuse or illegal use of technology will range from a warning to expulsion.

- It is a policy of LMS not to disclose identity of students on the Internet for security reasons.

## CANINE SEARCH

A dragnet sniffing by a professionally trained and reliable dog of student property and/or school property will be conducted from time to time during the school year. This is a part of an ongoing effort to maintain a safe school environment conducive to education. The dog will at all times be leashed and under control of a trained handler.

No notice of any kind to the students will precede the dog's arrival. However, the dog's inspection of the premises will coordinate with LMS schedule in such a way to minimize disruption of the school schedule.

## DRESS CODE

Appropriate dress is essential to success in school and in the workplace. Students are encouraged to show pride in themselves and their school by maintaining an appropriate standard of dress. **Generally, student dress is considered appropriate as long as it does not distract others, interfere with the instructional programs, or otherwise cause disruption.** Any type of clothing or grooming considered to be

disruptive or inappropriate will be handled at the discretion of the administration.

Please note these specific rules concerning dress and clothing. Following are some examples that are judged to be inappropriate or distracting in the educational setting; therefore, they are not allowed.

1. See-through blouses, shirts, or pants are not allowed. Bare midriffs, halter fishnet tops, tube tops and tank tops are not permitted.
2. Jogging athletic, (tennis skirts), and swim shorts are not allowed. Boxer shorts or any parts of briefs will not be visible. Shorts, pants, and skirts must be worn at the waist with no opportunity to sag or hang below the waist.
3. Skirts or shorts cannot be shorter than 4" above the front and back of the knee. If questionable, kneel on the floor and measure from the floor up.
4. Sleeveless blouses may not expose undergarments. Low cut sundresses must be worn with a jacket. Split dresses/skirts must give the appearance of a regular skirt.
5. Shoes must be worn at all times.
6. Buttons must be buttoned.
7. Excessively tight clothing or clothing in an excessive state of disrepair is not allowed. Cut-offs, nylon shorts, and jeans with holes are not prohibited.
8. Hats or head covering, as a matter of good manners, may not be worn in the building. Hats, rags, or covering worn inside will be taken.
9. Students may not wear clothing that displays profane language, drugs, tobacco, or alcohol advertisements, sexual innuendoes or anything else deemed to be offensive.
10. Hair curlers and combs should not be worn at school.
11. Sweats not designed for street wear are not permitted.
12. Cosmetic contact lenses are not allowed.
13. Sunglasses or tinted lenses may not be worn inside the building except for medical reasons attested to by a physician's note on file in the office. Sunglasses may not be worn or rested on top of the head. *Those students violating the rules will be required to call parents for a change of clothing. Those who purposely violate or are repeated offenders of the dress code will be dealt with under the guidelines of the discipline code.*

**TRANSPORTATION**

In order to insure the safety of everyone, it is important that certain procedures are followed at all times. Please cooperate with LMS on the following:

CARS

Car riders should load and unload on Academy Street only. *Under no circumstances is a LMS student to drive and/or park a vehicle on school property.*

BUSES

**Riding the bus is a privilege rather than a right.** Misbehavior on the buses will result in the student's being denied the privilege to ride the bus for a certain period of time and may result in suspension from school. Throwing things out of the windows, yelling, pushing, or any type of rowdiness will not be tolerated while on the bus.

All buses are expected to arrive at each designated stop within the same ten minutes of the set hour each day, unless there is an uncontrollable factor. Students should arrive at the bus stop five minutes ahead of the bus. Drivers will not wait on latecomers. Students should ride only the bus to which they are assigned. Passengers are to be seated in their assigned seats immediately upon entering the bus.

Fighting is an automatic five, (5) day suspension for the first offense and a ten, (10) day suspension for the second offense. The third offense is for the year and may be permanent.

Students who come to school on the bus should return home on the bus unless then-parents pick them up. Students missing the bus are obligated to get to school and home through some other means of transportation.

59-67-45 OF THE SOUTH CAROLINA LAWS AND REGULATIONS STATES:

NO PERSON SHALL WILLFULLY AND WRONGFULLY INTERFERE WITH THE OPERATION OF A SCHOOL BUS, EITHER PUBLIC OR PRIVATE, BY BOARDING, RESTRICTING MOVEMENT OR USING THREATS, EITHER PHYSICAL OR VERBAL, TO THE DRIVER OR ANY PASSENGER WHILE THE BUS IS ENGAGED IN THE TRANSPORTATION OF PUPILS TO AND FROM SCHOOL OR ANY LAWFUL SCHOOL ACTIVITY OR WHILE

PLAINTIFF'S EXHIBIT
B

# LATTA



STUDENT HANDBOOK 04-05

# HIGH SCHOOL

Driving to school is a privilege extended by the District and the high school administration. Students who exhibit responsibility are allowed to drive. Those who are repeatedly tardy to school will have driving privileges suspended or revoked depending upon the severity of the tardiness.

Likewise, driving privileges are revoked for reckless driving, speeding, and other traffic offenses that may endanger students' safety and for not obeying parking lot rules.

In addition, students who do not maintain passing grades in all subjects will be denied parking privileges until their grades improve. Students are not allowed to loiter in cars upon arrival in the parking lot.

Furthermore, they are not allowed to drive into the parking lot and then leave and come back prior to the beginning of school.

To drive to school, students register their cars in the office, provide proof of insurance, and show a valid drivers' license. A parent's signature is necessary on the registration form for approval.

The school does not charge a fee for students to use the parking lots.

**STUDENT DRESS** - Latta High School students are to come to school in a neat and clean manner each day. Dress is casual, but some styles, which may be appropriate outside of school, are clearly inappropriate for school. Students may not wear the following:

- **Shorts shorter than 4" above the knees**
- **Cutoffs/mesh jerseys or half shirts/**
- **Any see-through clothing**
- **Shirts with obscene/derogatory sayings**
- **Shirts that have alcohol/tobacco messages**
- **Shirts that have drug messages**
- **Miniskirts**
- **Sunglasses in the building**
- **Hats or bandannas**
- **Halter tops or tank tops**
- **Pants not worn at the waist**
- **Sun dresses**
- **Clothing with narrow straps similar to tank tops and clothing with large openings under the arms.**
- **Bedroom shoes**

**Students who disobey the rule repeatedly about wearing their pants at the waist will be required to wear their clothing with shirttails in.**

**Students who violate rules about the length of shorts and dresses repeatedly will be required to wear pants.**

### BELL SCHEDULE

| Time | |
|---|---|
| 7:47 | *Students enter* |
| 7:57 | *Bell for homeroom* |
| 8:00 | *Homeroom begins* |
| 8:04 | *Homeroom ends* |
| **8:07** | ***1st block begins*** |
| **9:40** | ***Break begins*** |
| 9:49 | *Break ends* |
| 9:52 | *2nd block begins* |
| **11:25** | ***Senior lunch bell*** |
| **11:26** | ***Junior bell rings*** |
| **11:27** | ***Sophomore bell rings*** |
| **11:28** | ***Freshman bell rings*** |
| **11:51** | ***End of lunch*** |
| **11:54** | ***Third block begins*** |
| **1:24** | ***Third block ends*** |
| 1:30 | *Fourth block begins* |
| 3:01 | *Fourth block ends* |
| 3:05 | *End of school day* |

*Students may be checked out of school at the times in **bold** in the bell schedule above.*

**UNAUTHORIZED AREAS** - Certain areas of the school and school grounds are unauthorized to students during the school day. The areas mentioned are in places that are not normally supervised and are, therefore, off limits. They are as follows:

1. The area behind the Ag shop and bandroom.
2. The north end of the campus except for the bus loading area.

3. The front parking lot.
4. The area between the gym and the middle school.
5. Parking lots during the school day.
6. Any area at Latta Middle School, playground or building.
7. The area in front of the building prior to and during school.
8. Any area beyond the band room including the new gym during break and lunch.

**DISCIPLINE** - In order to help the student understand the consequences of violations of the school rules, a demerit system has been devised. Teachers issue demerits to students violating school or classroom rules.

Students with 20 demerits will receive a detention. Demerits will recycle to zero at the beginning of second semester with course changes.

However, the number of detentions assigned to a student is based on demerits for the year. In other words, a student who has had a two-day detention, although demerits recycle to zero, will receive a three-day detention in the second semester if he/she accumulates 20 demerits.

**FIELD TRIPS DURING SCHOOL DAY-**
Students who have more than two accumulations of 20 demerits or who have been to ISS or suspended out-of-school, have been absent more than one day unlawfully in a semester or five days totally in a year may not go on field trips.

In addition, students must have all passing grades to go on field trips and must not owe the school money for such things as lost or damaged textbooks.

### Field Trip Requirements

- Passing all subjects
- No ISS or Suspensions out-of-school
- No more than 1 unexcused absence for the semester or five total absences.
- No fees owed to the school

Students who have been suspended twice will not be allowed to represent the school in any fashion. This includes all academic and athletic teams, all field trips, and all extracurricular activities.

**Smoking**-It is unlawful for anyone to smoke inside a government building. Smoking is prohibited by law and policy.

We offer a smoke-free workplace to both adults and students. Those who violate the expected standard face the following consequences.

1st Offense-1 Day of ISS

2nd Offense-Suspension out-of-school

All other smoking offenses-Suspension from school-number of days determined by administration

### DEMERIT DISCIPLINE GUIDE

| Demerits | Offense |
| --- | --- |
| 3 | Tardy to class unexcused |
| 3 | Tardy to school unexcused |
| 3 | Failure to carry proper materials to class |
| 3 | Excessive noise (class, hallways, cafeterias) |
| 3 | Combing hair in class or putting on makeup |
| 3 | Littering |
| 5 | Violation of dress code |
| 5 | Sitting in parked cars or buses |
| 5 | Running in halls/causing congestion |
| 5 | Possession of radios, jam box, video game (and confiscation of item) |
| 6 | Tardiness after 8:15 with no one to sign student in school |
| 10 | Conduct embarrassing to the school |
| 10 | Dishonesty in any form |
| 10 | Refusing to do class work |
| 10 | Indecent language, suggestions, or gestures |
| 10 | Improper conduct in class |
| 10 | Misconduct at a school function |
| 10 | Missing vocational bus |

14



**LATTA HIGH SCHOOL** - Latta High School is a public high school in Dillon County School District Three accredited by the South Carolina State Department of Education and, uninterrupted since 1943, the Southern Association of Colleges and Schools.

Latta High School is committed to excellence in providing the opportunity for each student to reach the highest levels of academic, social, intellectual, and physical development.

Latta High School is an Equal Opportunity Employer. Educational programs and activities at the school are equally accessible to all students regardless of race, color, national origin, sex, or handicapping condition.

AT LHS, WE EMPHASIZE ACADEMIC ACHIEVEMENT AS THE MOST IMPORTANT PURPOSE OF THE SCHOOL. WE BELIEVE THAT ACADEMIC ACHIEVEMENT MUST BE AT THE FOREFRONT OF OUR EFFORTS TO EXCEL AND MUST TAKE FIRST PLACE IN WHAT WE EMPHASIZE AS IMPORTANT.

ACCREDITATION:

- SOUTH CAROLINA STATE DEPARTMENT OF EDUCATION
- SOUTHERN ASSOCIATION OF COLLEGES AND SCHOOLS

**MISSION STATEMENT** - *The mission of Latta High School is to provide the curriculum, facilities, personnel, and safe environment so that each student is given the opportunity to develop to his/her fullest potential to become a productive, self-reliant member of the workforce and an integral, contributing part of society.*

**SCHOOL BELIEFS**

1. We believe that education is a lifelong process that is a shared partnership among home, school, community, and the individual.

2. We believe that educational values of the family, community, and the school are crucial to the academic development of the physical, mental, and emotional well being of the child.

3. We believe that the family is crucial to the development of the physical, mental, and emotional well being of the child.

4. We believe that the teacher is the most compelling influence in the formal learning environment.

5. We believe that each individual is unique and worthy of respect.

6. We believe that each individual is capable of being an active participant in the learning process when given a quality educational opportunity in a safe, secure environment.

7. We believe that each individual is responsible for his/her actions, for setting goals, and for reaching his/her potential to make the transition from school to work.

8. We believe that each individual student must experience success to foster self-esteem and to encourage positive risk-taking.

9. We believe that each individual has the capacity to develop problem-solving skills as a viable alternative in conflict resolution.

10. We believe that opportunities in the Fine Arts should be expanded for Latta High School students.

**SCHOOL GOALS**

1. To increase student attendance to 98 percent present.

2. To have all seniors pass all parts of the High School Assessment Program (HSAP).

Driving to school is a privilege extended by the District and the high school administration. Students who exhibit responsibility are allowed to drive. Those who are repeatedly tardy to school will have driving privileges suspended or revoked depending upon the severity of the tardiness.

Students' driving privileges will be revoked upon receiving their second suspension from school.

Likewise, driving privileges are revoked for reckless driving, speeding, and other traffic offenses that may endanger students' safety and for not obeying parking lot rules.

In addition, students who do not maintain passing grades in all subjects will be denied parking privileges until their grades improve. Students are not allowed to loiter in cars upon arrival in the parking lot.

Furthermore, they are not allowed to drive into the parking lot and then leave and come back prior to the beginning of school.

To drive to school, students register their cars in the office, provide proof of insurance, and show a valid drivers' license. A parent's signature is necessary on the registration form for approval.

The school does not charge a fee for students to use the parking lots.

**STUDENT DRESS** - Latta High School students are to come to school in a neat and clean manner each day. Dress is casual, but some styles, which may be appropriate outside of school, are clearly inappropriate for school. Students may not wear the following:

- PJ's or Lounging Pants
- Shorts shorter than 4" above the knees
- Cutoffs/mesh jerseys or half shirts/
- Any see-through clothing
- Shirts with obscene/derogatory sayings
- Shirts that have alcohol/tobacco messages
- Shirts that have drug messages
- Miniskirts
- Sunglasses in the building
- Hats or bandannas
- Halter tops or tank tops
- Pants not worn at the waist
- Sun dresses
- Clothing with narrow straps similar to tank tops and clothing with large openings under the arms.
- Bedroom shoes
- No writing across the seat of pants/shorts

**Students who disobey the rule repeatedly about wearing their pants at the waist will be required to wear their clothing with shirttails in.**

**Students who violate rules about the length of shorts and dresses repeatedly will be required to wear pants.**

**UNAUTHORIZED AREAS** - Certain areas of the school and school grounds are unauthorized to students during the school day. The areas mentioned are in places that are not normally supervised and are, therefore, off limits. They are as follows:

1. The area behind the Ag shop and bandroom.
2. The north end of the campus except for the bus loading area.
3. The front parking lot.
4. The area between the gym and the middle school.
5. Parking lots during the school day.
6. Any area at Latta Middle School, playground or building.
7. The area in front of the building prior to and during school.
8. Any area beyond the band room including the new gym during break and lunch.

**DISCIPLINE** - In order to help the student understand the consequences of violations of the school rules, a demerit system has been devised. Teachers issue demerits to students violating school or classroom rules.






PLAINTIFF'S EXHIBIT
F