IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

CIVIL ACTION NO: 4:06-1042-TLW

| | |
|---|---|
| CANDICE MICHELLE HARDWICK, by and through her Parents and Guardians DARLY LEWIS HARDWICK and PRISCILLA LEA HARDWICK,<br><br>          Plaintiff,<br><br>vs.<br><br>MARTHA HEYWARD in her individual capacity and her official capacity as Principal of Latta Middle School,<br><br>GEORGE H. LIEBENROOD, JR., in his individual capacity and in his official capacity as Principal of Latta High School, and the<br><br>BOARD OF TRUSTEES OF LATTA SCHOOL DISTRICT (Dillon County No. 3),<br><br>          Defendants. | DESIGNATION OF EXPERT WITNESSES BY DEFENDANTS |

The Defendants, Martha Heyward, George H. Liebenrood, Jr. and Board of Trustees of Latta School District (Dillon County No.3), by and through their undersigned counsel of record, list the names, addresses and telephone numbers for each person they expect to call as a expert into the meaning of the Confederate Battle flag to persons of African-American descent:

        W. Fitzhugh Brundage, Ph. D.
        William B. Umstead Professor of History
        Hamilton Hall, CB# 3195
        University of North Carolina
        Chapel Hill, North Carolina 27599-3195
        (919) 962-5452

Christopher Leevy Johnson, Ph. D.
Adjunct Professor of African American Studies
202 Flinn Hall
University of South Carolina
Columbia, South Carolina 29208
(803) 777-7248

Counsel states that an effort is ongoing to retain the services of one other distinguished academician in the above designated matter and will supplement this document if successful.

VINTON D. LIDE & ASSOCIATES, LLC


s/ Vinton D. Lide
Vinton D. Lide
Federal I.D. No.: 2683
5179 Sunset Boulevard
Post Office Box 2189
Lexington, South Carolina 29072
Telephone: (803) 808-1799
Facsimile: (803) 808-1887


CHILDS & HALLIGAN, P. A.


s/ Vernie L. Williams
SubjectVernie L. Williams
Federal Identification No.:
The Tower at 1309 Gervais
Suite 900
Columbia, South Carolina 29201


ATTORNEYS FOR THE DEFENDANTS

Lexington, South Carolina

May 18, 2007