IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

CIVIL ACTION NO: 4:06-1042-TLW

| | |
|---|---|
| CANDICE MICHELLE HARDWICK, by and through her Parents and Guardians DARLY LEWIS HARDWICK and PRISCILLA LEA HARDWICK, <br><br> Plaintiff, <br><br> vs. <br><br> MARTHA HEYWARD in her individual capacity and her official capacity as Principal of Latta Middle School, <br><br> GEORGE H. LIEBENROOD, JR., in his individual capacity and in his official capacity as Principal of Latta High School, and the <br><br> BOARD OF TRUSTEES OF LATTA SCHOOL DISTRICT (Dillon County No. 3), <br><br> Defendants. | SUPPLEMENTAL DESIGNATION OF EXPERT WITNESS BY DEFENDANTS |

The Defendants, Martha Heyward, George H. Liebenrood, Jr. and Board of Trustees of Latta School District (Dillon County No.3), by and through their undersigned counsel of record, list the name, address, and telephone number for the below listed person they expect to call as a expert into the meaning of the Confederate Battle flag to persons of African-American descent: This designation is in addition to the designation of other experts filed by the undersigned on May 18, 2007.

                                            Lacy K. Ford, Jr., Ph.D
                                            Professor of History
                                            University of South Carolina
                                            147 Gambrell Hall

        Columbia, South Carolina 29201
        (803) 777-7774

        VINTON D. LIDE & ASSOCIATES, LLC

        s/ Vinton D. Lide
        Vinton D. Lide
        Federal I.D. No.: 2683
        5179 Sunset Boulevard
        Post Office Box 2189
        Lexington, South Carolina 29072
        Telephone: (803) 808-1799
        Facsimile: (803) 808-1887

        CHILDS & HALLIGAN, P. A.

        s/ Vernie L. Williams
        Vernie L. Williams
        Federal Identification No.:
        The Tower at 1309 Gervais
        Suite 900
        Columbia, South Carolina 29201

        ATTORNEYS FOR THE DEFENDANTS

Lexington, South Carolina

May 21, 2007