IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| CANDICE MICHELLE HARDWICK<br>by and through her Parents and Guardians<br>DARYL LEWIS HARDWICK and<br>PRISCILLA LEA HARDWICK; | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO: 4:06 CV 1042 |
| vs. | ) ) | |
| MARTHA HEYWARD in her<br>individual capacity and in her official<br>capacity as Principal of Latta Middle<br>School;<br>GEORGE H. LIEBENROOD, JR.,<br>In his individual capacity and in his<br>official capacity as Principal of<br>Latta High School, and the Board of<br>Trustees of Latta School District (Dillon<br>County No. 3), | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO FILE UNOPPOSED BRIEF OUT OF TIME

COMES NOW Plaintiff Candice Michelle Hardwick with this her unopposed motion to file her brief out of time, and in support of said motion would submit unto this Honorable Court the following:

That Plaintiff's Response to Defendants' Motion for Summary Judgment is due on or about Friday, June 26, 2009. Plaintiff's response is complete in hard copy format, and is being shipped to Lexington to Co-counsel Lourie A. Salley, III's office. Plaintiff's co-counsel Kirk D. Lyons does not have electronic filing privileges at his office with the federal courts of South Carolina and must utilize Salley's office for electronic filing. Unfortunately Mr. Salley's electronic filing clerk is unavailable until Monday, June 29, 2009, to electronically file Plaintiff's brief. Filing the Response on Monday will not inconvenience either the court or opposing counsel – who state that they are unopposed to the granting of Plaintiff's motion, or to quote learned opposing counsel: "No problem."

Plaintiff requests of this court that she be allowed to file her Response brief out of time on Monday, June 29, 2009.

    Respectfully submitted,

    LOURIE A. SALLEY, III
    BY: S/ LOURIE A SALLEY, III
    Federal ID: 4792
    821 East Main St., Suite A
    Lexington, SC 29072
    Telephone: (803) 957-1036
    Email: lasalley@windstream.net

    SOUTHERN LEGAL RESOURCE CENTER, INC.
    By: S/ KIRK DAVID LYONS
    *Pro Hac Vice*
    Federal ID: 8472
    Post Office Box 1235
    Black Mountain, NC 28711
    Telephone: (828) 669-5189
    Facsimile: (828) 669-5191
    Email: slrc@clrc-csa.org

    ATTORNEYS FOR THE PLAINTIFF