AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

|  |  |
|---|---|
| Candice Michelle Hardwick<br>*by and through her Parents and Guardians Daryl*<br>*Lewis Hardwick and Priscilla Lea Hardwick*<br>*on behalf of*<br>Daryl Lewis Hardwick<br>*on behalf of*<br>Priscilla Lea Hardwick<br>*Plaintiff*<br>v.<br>Martha Heyward<br>*in her individual capacity and in her official capacity*<br>*as Principal of Latta Middle School* ; George H<br>Liebenrood, Jr<br>*in his individual capacity and in his official capacity*<br>*as Principal of Latta High School*; and  Board of<br>Trustees of Latta School District Dillon County No 3<br>*Defendant* | Civil Action # :  4:06-cv-01042-TLW-TER |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that (check one):

❑ the plaintiff (name) _____ recover from the
defendant (name) _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate _____ %, plus postjudgment interest at the _____ %, along with costs. rate of

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (name) _____
_____ recover costs from the plaintiff _____
_____ .

■ other:   Summary Judgment be granted in favor of the Defendants, Martha Heyward
in her individual capacity and in her official capacity as Principal of Latta Middle School; George H Liebenrood, Jr .,
in his individual capacity and in his official capacity as Principal of Latta High School; and Board of Trustees of Latta .
School District Dillon County No. 3.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

■ heard by     the Honorable Terry L. Wooten, US District Judge,   without a jury and the above decision
was reached.

❑ decided by Judge _____ on a motion for _____

Date: September 9, 2009

CLERK OF COURT



s/Sharon Welch Meyer

*Signature of Clerk or Deputy Clerk*