IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

CIVIL ACTION NO:4:06-1042-TLW

| | |
|---|---|
| CANDICE MICHELLE HARDWICK, ) <br> by and through her Parents and Guardians ) <br> DARLY LEWIS HARDWICK and ) <br> PRISCILLA LEA HARDWICK, ) <br>                                     ) <br>            Plaintiff,               ) <br>                                     ) <br>    vs.                              ) <br>                                     ) <br> MARTHA HEYWARD in her individual capacity ) <br> and her official capacity as Principal of Latta ) <br> Middle School,                      ) <br>                                     ) <br> GEORGE H. LIEBENROOD, JR., in his    ) <br> individual capacity and in his official capacity as ) <br> Principal of Latta High School, and the ) <br>                                     ) <br> BOARD OF TRUSTEES OF LATTA SCHOOL ) <br> DISTRICT (Dillon County No. 3),     ) <br>                                     ) <br>            Defendants.              ) <br> _____ ) | **DEFENDANTS' MOTION FOR ADDITIONAL FINDINGS PURSUANT TO RULE 52(b), Fed. R. Civ. P.** |

      The Defendants, Martha Heyward, George H. Liebenrood, Jr., and Board of Trustees of Latta School District, by and through their undersigned counsel of record, respectfully move, pursuant to Rule 52(b), Fed. R. Civ. P., for additional findings by the Court to it's Order, dated and filed on September 8, 2009, so as to address Defendants' entitlement to the defense of qualified immunity.

      Should the Court determine that consideration of the defense of qualified immunity is unnecessary due to it's findings set forth in said Order, Defendants respectfully request that the Order be amended to so state.

LIDE AND PAULEY, LLC

S/ Vinton D. Lide
Vinton D. Lide
Federal I.D. No.: 2683
5179 Sunset Boulevard
Post Office Box 2189
Lexington, South Carolina 29072
Telephone: (803) 808-1799
Facsimile: (803) 808-1887
Email: dee@lidelaw.com

CHILDS & HALLIGAN, P. A.

S/ Vernie L. Williams
Vernie. L. Williams
Federal Identification No.: 7094
The Tower at 1309 Gervais
Suite 900
Columbia, South Carolina 29201

ATTORNEYS FOR THE DEFENDANTS

Lexington, South Carolina

September 18, 2009