IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| CANDICE MICHELLE HARDWICK by and through her Parents and Guardians DARYL LEWIS HARDWICK and PRISCILLA LEA HARDWICK; | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO: 4:06 1042-TLW |
| vs. | ) ) ) | |
| MARTHA HEYWARD in her individual capacity and in her official | ) ) ) | **PLAINTIFFS' RESPONSE TO DEFENDANT's MOTION FOR** |
| capacity as Principal of Latta Middle School; | ) ) ) | **ADDITIONAL FINDINGS PURSUANT TO RULE 52(b), Fed. R. Civ. P.** |
| GEORGE H. LIEBENROOD, JR., In his individual capacity and in his official capacity as Principal of Latta High School, and the | ) ) ) ) ) | |
| Board of Trustees of Latta School District (Dillon County No. 3), | ) ) ) | |
| Defendants. | ) ) | |

The Plaintiffs, Candice Michelle Hardwick, Daryl Lewis Hardwick and Priscilla Lea Hardwick, by and through their undersigned counsel of record, concur with Defendants that if Court consideration of the defense of qualified immunity is unnecessary due to its findings set forth in said Order of September 8, 2009, that the Order be amended to so state.

However, Plaintiffs aver that the Court's finding of no constitutional violations by the Defendants makes the defense of qualified immunity by the individual Defendants moot and irrelevant. The Defendants have their cake, let them eat it and be satisfied.

Respectfully submitted,

                        LAW OFFICES OF LOURIE A. SALLEY, III

                        By /s/  Lourie A. Salley
                        Lourie A. Salley, III
                        Federal Identification No.:  4792
                        821 East Main Street, Suite A
                        Lexington, South Carolina  29072
                        Telephone:     (803) 957-1036
                        Telefax:        (803) 957-8477
                        lasalley@windstream.net

                        SOUTHERN LEGAL RESOURCE CENTER, INC.

                        By: /s/  Kirk D. Lyons
                        Kirk David Lyons
                        Pro Hac Vice
                        Federal Identification No.:  8472
                        Post Office Box 1235
                        Black Mountain, North Carolina  28711
                        Telephone:     (828) 669-5189
                        Telefax:        (828) 669-5191
                        slrc@slrc-csa.org

                        ATTORNEYS FOR THE PLAINTIFF

Lexington, South Carolina

October 6, 2009

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiffs Response to Defendant's Motion  for Additional Findings, Pursuant to Rule 52(b), Fed. R. Civ. P., has been sent to Vinton Lide dee@lidelaw.com , Post Office Box 2189, Lexington, South Carolina 29072 and Vernie Williams vwilliams@childs-halligan.net , The Tower at 1300 Gervais, Suite 900, Columbia, South Carolina  29201, counsel of record for the Defendants, by electronic transmission and U.S. Postal Service on this, the 6th day of October, 2009.

S/Kirk D. Lyons