IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

CANDICE MICHELLE HARDWICK          )
by and through her Parents and Guardians  )
DARYL LEWIS HARDWICK and           )
PRISCILLA LEA HARDWICK;            )
                                   )
            Plaintiffs,            )          CIVIL ACTION NO: 4:06 1042-TLW
                                   )
vs.                                )
                                   )
MARTHA HEYWARD in her              )
individual capacity and in her official    )          **PLAINTIFFS' NOTICE OF APPEAL**
capacity as Principal of Latta Middle      )
School;                            )
                                   )
GEORGE H. LIEBENROOD, JR.,         )
In his individual capacity and in his      )
official capacity as Principal of          )
Latta High School, and the         )
                                   )
Board of Trustees of Latta School District )
(Dillon County No. 3),             )
                                   )
            Defendants.            )

        COMES NOW the Plaintiffs, Candice Michelle Hardwick, Daryl Lewis Hardwick and

Priscilla Lea Hardwick, by and through their undersigned counsel of record, in the above styled

cause, and files this their Notice of Appeal pursuant to Rule 3,  4 (a)(1)(A) and 4 (a)(4)(A)(ii)  of

the Federal Rules of Appellate Procedure to the Order denying Plaintiffs' Motion to Alter or

Amend Judgment pursuant to Rule 52(b) of the Federal Rules of Appellate Procedure, striking

this cause from the docket, creating a final and appealable Order of Dismissal which was signed

on November 16, 2009, and docketed on November 16, 2009,  a copy of which is attached.

Appeal is hereby taken to the United States Circuit Court of Appeals for the Fourth Circuit this the 15th day of December, 2009.

Respectfully submitted,

LAW OFFICES OF LOURIE A. SALLEY, III

By  /s/  Lourie A. Salley
Lourie A. Salley, III
Federal Identification No.:  4792
821 East Main Street, Suite A
Lexington, South Carolina  29072
Telephone:      (803) 957-1036
Telefax:        (803) 957-8477
lasalley@windstream.net

SOUTHERN LEGAL RESOURCE CENTER, INC.

By:  /s/  Kirk D. Lyons
Kirk David Lyons
Pro Hac Vice
Federal Identification No.:  8472
Post Office Box 1235
Black Mountain, North Carolina  28711
Telephone:      (828) 669-5189
Telefax:        (828) 669-5191
slrc@slrc-csa.org

ATTORNEYS FOR THE PLAINTIFF

Lexington, South Carolina

December 15, 2009

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiffs' Notice of Appeal, has been sent to Vinton Lide dee@lidelaw.com , Post Office Box 2189, Lexington, South Carolina  29072 and Vernie Williams vwilliams@childs-halligan.net , The Tower at 1300 Gervais, Suite 900, Columbia, South Carolina  29201, counsel of record for the Defendants, by electronic transmission and U.S. Postal Service on this, the  15th  day of December, 2009.

/S/Kirk D. Lyons