IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| CANDICE MICHELLE HARDWICK, by and through her Parents and Guardians DARYL LEWIS HARDWICK and PRISCILLA LEA HARDWICK; <br><br> Plaintiffs, <br> vs. <br><br> MARTHA HEYWARD in her individual capacity and in her official capacity as Principal of Latta Middle School; <br> GEORGE H. LIEBENROOD, JR., In his individual capacity and in his official capacity as Principal of Latta High School, and the Board of Trustees of Latta School District (Dillon County No. 3), <br> Defendants. | Civil Action No. 4:06-CV-1042-TLW <br><br><br><br> **CONSENT MOTION TO EXTEND BRIEFING SCHEDULING ORDER** |

Come now the parties, by and through their counsel of record, with this their joint Consent Motion to Extend Briefing Scheduling Order.

Counsel for the Defendants, under the previous Order of the Court, was granted thirty (30) days from receipt of Plaintiff's Brief in which to file Defendants' Reply. Upon receipt of Plaintiff's brief, the undersigned counsel for the Defendants calendared the Reply to be due on Wednesday, May 11, 2011. However, in discussing the matter with other attorneys in the firm, counsel finds that the Brief is actually due today, May 9, 2011.

Counsel for the Defendants does not believe that he can complete said Reply and file the same until later this week and has discussed his dilemma with Counsel for the

Plaintiff, Kirk D. Lyons, Esquire. Mr. Lyons has graciously agreed to join in this Motion seeking an extension of time in which Counsel for the Defendants may file his Reply.

Out of an abundance of caution, Counsel for the Defendants respectfully seeks approval of the Court to extend the time in which to file his Reply until Friday, May 13, 12011.

Respectfully submitted,

WE SO MOVE:

        LIDE AND PAULEY, LLC

    s/ Vinton D. Lide

Vinton D. Lide
Federal Identification No. 2683
5179 Sunset Boulevard
Post Office Box 2189
Lexington, South Carolina 29072
Telephone:   (803) 808-1799
Facsimile:   (803) 808-1887
dee@lidelaw.com

ATTORNEY FOR ALL DEFENDANTS

WE CONSENT:

SOUTHERN LEGAL RESOURCE CENTER, INC.

/s/ Kirk David Lyons
Pro Hac Vice
Federal Identification No.:  8472
Post Office Box 1235
Black Mountain, North Carolina  28711
Telephone:   (828) 669-5189
Telefax:   (828) 669-5191
slrc@slrc-csa.org

ATTORNEYS FOR PLAINTIFFS, CANDICE MICHELLE HARDWICK, DARYL LEWIS HARDWICK, PRISCILLA LEA HARDWICK

May 9, 2011