IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

CIVIL ACTION NO: 4:06-1042-TLW

| | |
|---|---|
| CANDICE MICHELLE HARDWICK, )<br>by and through her Parents and Guardians )<br>DARYL LEWIS HARDWICK and )<br>PRISCILLA LEA HARDWICK, )<br>)<br>                Plaintiff, )<br>)<br>vs. )<br>)<br>MARTHA HEYWARD in her individual capacity )<br>and her official capacity as Principal of Latta )<br>Middle School, )<br>)<br>GEORGE H. LIEBENROOD, JR., in his )<br>individual capacity and in his official capacity as )<br>Principal of Latta High School, and the )<br>)<br>BOARD OF TRUSTEES OF LATTA SCHOOL )<br>DISTRICT (Dillon County No. 3), )<br>)<br>                Defendants. )<br>_____) | **UNOPPOSED MOTION<br>TO EXTEND BRIEFING<br>SCHEDULING ORDER** |

TO THE HONORABLE JUDGE OF SAID COURT:

      COMES NOW, the Plaintiff CANDICE MICHELLE HARDWICK ("Plaintiff"), to respectfully submit this Unopposed Motion to Extend Briefing Scheduling Order.

      And would submit unto this Honorable Court the following:

Counsel for Defendants filed their "Reply" Brief on Friday, May 13, 2011. The Court's Order setting up the Briefing Schedule did not indicate if a final Rebuttal Brief would be allowed to Plaintiffs.

      Plaintiff's counsel inquired of the court's case manager as to the appropriateness of a "Sur-Reply" Brief. The Case Manager informed counsel on May 19th that a Brief would be

allowed but that if counsel needed more time (the Brief being due on Friday, May 20th) that he file for an Extension.

Plaintiff's counsel is still laboring under a truncated work schedule dealing with issues related to moving his elderly father and handicapped sister to North Carolina, as well as pending legal cases in Texas, and would therefore request a 20-day extension to file the Brief, which would then be due on June 9th, 2011.

Counsel for Defendant states he is unopposed to this Motion.

Respectfully submitted,

LAW OFFICES OF LOURIE A. SALLEY, III
By:____/s/__Lourie A. Salley, III
Federal Identification No.:  4792
821 East Main Street, Suite A
Lexington, South Carolina  29072
Telephone:     (803) 957-1036
Telefax:         (803) 957-8477
lasalley@windstream.net

SOUTHERN LEGAL RESOURCE CENTER, INC.

By:____/s/_Kirk David Lyons
Pro Hac Vice
Federal Identification No.:  8472
Post Office Box 1235
Black Mountain, North Carolina  28711
Telephone:     (828) 669-5189
Telefax:         (828) 669-5191
slrc@slrc-csa.org

ATTORNEYS FOR THE PLAINTIFF